# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

JESUS FLORES-ROMERO (2),

             Defendant.

CASE NO. 14CR1283-GPC

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_\_ of the offense(s) as charged in the Information:

21:952 AND 960; 18:2 - IMPORTATION OF METHAMPHETAMINE; AIDING AND

ABETTING

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 6, 2014

David H. Bartick
U.S. Magistrate Judge